Decided October 10, 2006

DAVID P. TAYLOR *v.* COMMISSIONER OF
CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 94 Conn. App. 772 (AC 26158), is granted, limited to the following issue:

"Did the Appellate Court properly remand the case to the habeas court for a finding of whether cause and

prejudice existed for the petitioner's procedural default?"

The Supreme Court docket number is SC 17749.

*Melissa Streeto Brechlin,* assistant state's attorney, in support of the petition.

*Emmet P. Hibson, Jr.,* in opposition.

Decided October 16, 2006